JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAMAN LAWAN ALI, MD, a sole proprietorship; MAMAN L. ALI, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 8:22-cv-00234-SSS-KESx<br><br>[Honorable Sunshine S. Sykes Dept. 2]<br><br>**STIPULATED JUDGMENT** |

# STIPULATED JUDGMENT

Pursuant to the Joint Stipulation Re: Plaintiff's Damages between plaintiff Balboa Capital Corporation ("Balboa"), on the one hand, and defendants Maman Lawan Ali, MD and Maman L. Ali ("Defendants"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants, jointly and severally, in the principal damage amount of $147,489.32, plus prejudgment interest at a rate of ten percent (10%) per annum from August 23, 2020 (the date of breach) until September 6, 2023 (the date of the Joint Stipulation Re: Plaintiff's Damages), in the amount of $44,812.51 for a total judgment amount of **$192,301.83**, with additional prejudgment interest accruing at a daily rate of $40.41 until judgment is entered;

2. Balboa may make future noticed motion(s) to amend this judgment to include reasonable attorneys' fees and costs arising from this action; and

3. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: September 8, 2023      _____

The Honorable Sunshine S. Sykes

JUDGE OF THE DISTRICT COURT