1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAMAN LAWAN ALI, MD, a sole proprietorship; MAMAN L. ALI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-00234-SSS-KESx<br><br>[Honorable Sunshine S. Sykes, Dept. 2]<br><br>**AMENDED JUDGMENT *NUNC PRO TUNC*** |
|---|---|

# AMENDED JUDGMENT

Pursuant to the Joint Stipulation Re: Plaintiff's Damages between plaintiff Balboa Capital Corporation ("Balboa"), on the one hand, and defendants Maman Lawan Ali, MD and Maman L. Ali ("Defendants"), on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants, jointly and severally, in the principal damage amount of $147,489.32, plus prejudgment interest at a rate of ten percent (10%) per annum from August 23, 2020 (the date of breach) until September 6, 2023 (the date of the Joint Stipulation Re: Plaintiff's Damages), in the amount of $44,812.51 for a total judgment amount of $192,301.83, plus such other costs and attorneys' fees pursuant to subsequent motion practice;

2. Pursuant to Balboa's Motion for Attorneys' Fees (Dkt. 55), Balboa is entitled to attorneys' fees in the amount of $64,669.50;

3. Pursuant to Balboa's Application to Tax Costs (Dkt. 59), Balboa is entitled to costs in the amount of $600.00;

4. Based on the foregoing, the judgment shall be amended in this matter, *nunc pro tunc* as of September 6, 2023, in favor of Balboa, and against Defendants, jointly and severally, in the total amount of **$257,571.33**.

5. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED.**

DATED: October 27, 2023

The Honorable Sunshine S. Sykes
JUDGE OF THE DISTRICT COURT